# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MARCUS D'ADDIO, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:21-cv-00054-SEP |
| WELLS FARGO CLEARING SERVICES, LLC, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Wells Fargo's unopposed Motion for Decertification and the parties' memoranda, Docs. [73], [74], [75], as well as the parties' Consent Motion Requesting Status Conference, Doc. [77], and for the reasons therein stated,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo's unopposed Motion for Decertification of the Conditionally Certified Collective Action is **GRANTED**. Doc. [73]. The Consent Motion Requesting Status Conference is **DENIED** as moot. Doc. [77].

**IT IS FURTHER ORDERED** that the claims of the opt-in Plaintiffs are **DISMISSED** without prejudice. The parties must immediately notify the opt-in Plaintiffs of the Court's action using the stipulated notice. Doc. [75-1].

**IT IS FINALLY ORDERED** that the Court's ADR reference is **VACATED**, and that, if all parties consent to arbitration, they must file a stipulation of dismissal no later than September 23, 2022.

Dated this 14th day of September, 2022.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE