# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARCUS D'ADDIO, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:21-cv-00054-SEP |
| WELLS FARGO CLEARING SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

Upon consideration of the parties' Joint Motion to Compel Remaining Claims to Arbitration and Dismiss Case Without Prejudice, Doc. [79], and for the reasons therein stated,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Compel Remaining Claims to Arbitration and Dismiss Case Without Prejudice is **GRANTED**.  Doc. [79].  The Plaintiffs must arbitrate their claims before the Financial Industry Regulatory Authority.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.  *See Sommerfeld v. Adesta, LLC*, 2 F.4th 758, 762 (8th Cir. 2021).

Dated this 20th day of October, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE